UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
BOSS WILLIAMS and TASMEEN McCOY, on :
behalf of themselves and others similarly situated,
                                                                              :
                    Plaintiffs,
                                                                              :
       -v.-                                                                              ORDER OF DISCONTINUANCE
                                                                              :         13 Civ. 5041 (GWG)
TRI-STATE BIODIESEL, L.L.C. and BRENT
BAKER,                                                                    :

                    Defendants.                                      :
-----------------------------------------------------------------X
GABRIEL W. GORENSTEIN, United States Magistrate Judge

       On October 31, 2013, an order was issued on the parties' consent agreeing to disposition of this case by the undersigned pursuant to 28 U.S.C. § 636(c). Following a settlement conference, the parties reached a settlement of this matter.

       In light of the settlement, it is hereby ORDERED that this action is dismissed without costs (including attorney's fees) to either party. The Court will retain jurisdiction to enforce the parties' settlement agreement for the duration of that agreement.

       This dismissal is without prejudice to restoration of the action to the calendar of the undersigned within 30 days of the date of this Order if in fact there has not been a settlement of this matter. If either party wishes to reinstate this matter, the party must make a letter application to the undersigned before the 30-day period expires.

       Any pending motions are moot. The Clerk is requested to close the case.

       SO ORDERED.

Dated: April 14, 2015
       New York, New York

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge